UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTEK SECURITY & CONTROL LLC f/k/a LINEAR LLC, <br><br> Defendant. | Case No.: 17-CV-2412 JLS (AGS) <br><br> **ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT** |

      On June 8, 2018, the Court granted Defendant Nortek Security & Control LLC's unopposed Motion to Stay and stayed this action pending the resolution of an investigation by the U.S. International Trade Commission ("ITC"). ECF No. 40. The Parties filed a joint status report on October 15, 2020, informing the Court that Plaintiff Chamberlain Group, Inc. filed a Notice of Appeal to the Court of Appeals for the Federal Circuit regarding the ITC findings on June 16, 2020; however, the ITC filed a motion to stay the appeal until the ITC completed proceedings with respect to the '223 Patent. ECF No. 43.

      Based on the foregoing, the Court **ORDERS** the Parties to file a joint status report updating the Court on the status of the ITC investigation and any appeals therefrom. The

///

///

Parties **SHALL FILE** this joint status report, not to exceed ten (10) pages, on or before August 27, 2021.

     **IT IS SO ORDERED.**

Dated:  August 13, 2021

                                               *Janis L. Sammartino*
                                               Hon. Janis L. Sammartino
                                               United States District Judge