UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTEK SECURITY & CONTROL LLC f/k/a LINEAR LLC, <br><br> Defendant. | Case No.: 17cv2412-LL-AGS <br><br> **ORDER GRANTING REQUEST TO EXTEND STAY AND SETTING TIME TO FILE STATUS REPORT** <br><br> **[ECF No. 45]** |

On June 8, 2018, the Court granted Defendant Nortek Security & Control LLC's unopposed Motion to Stay and stayed this action pending the resolution of an investigation by the U.S. International Trade Commission ("ITC"). ECF No. 40. The parties filed a joint status report on October 15, 2020 informing the Court that Plaintiff Chamberlain Group, Inc. filed a Notice of Appeal to the Court of Appeals for the Federal Circuit regarding the ITC findings on June 16, 2020; however, the ITC filed a motion to stay the appeal until the ITC completed proceedings with respect to the '223 Patent. ECF No. 430. On August 27, 2021, the parties filed a joint status report informing the Court that the consolidated appeal is still pending. ECF No. 45. The parties stated that this case should remain stayed until the completion of the consolidated appeal and any remand to the ITC therefrom. *Id.* at 4.

The request is **GRANTED**. The parties are **ORDERED** to file a joint status report

regarding the proceeding before this Court within **twenty-one (21) days** of the completion of the consolidated appeal and any remand to the ITC therefrom.

**IT IS SO ORDERED**.

Dated: January 25, 2022

_____
Honorable Linda Lopez
United States District Judge